IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-00587-WYD-PAC

JAN L. ROSS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Motion for EAJA Attorney Fees filed December 27, 2005. The motion seeks an award of fees under the Equal Access to Justice Act ["EAJA"] and indicates that the relief sought therein will not be opposed by the Government. More specifically, it is asserted that Plaintiff was the prevailing party, and that an award of fees is proper because Defendant's position was not substantially justified. Plaintiff seeks an award of attorney fees in the amount of $5,821.20, consisting of 37.8 hours at $154.00 an hour. Attached to the motion as Exhibit 1 is a Statement of Attorney Fees detailing the time spent by Plaintiff's counsel.

The Court, having reviewed the motion and the indication therein that it will not be opposed by Defendant, hereby

ORDERS that Plaintiff's Motion for EAJA Attorney Fees filed December 27, 2005, is **GRANTED**. In accordance therewith, it is

ORDERED that attorney fees are awarded in the amount of $5,821.20, which shall

be payable directly to Plaintiff's counsel Frederick W. Newall.

    Dated: January 5, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge